UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RODOLFO ZAMORANO, | ) | CV NO. 10-9306-ABC(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M. MARTEL, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 24, 2011

_____
Audrey B. Collins
United States District Judge